IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ARNETT COBB,**

    **Petitioner,**

v.                                    Civil Action No. 1:10-CV-102
                                         **(Judge Keeley)**

**KUMA J. DEBOO,**

    **Respondent.**

### ORDER GRANTING MOTION TO SEAL

The Respondent, having moved the Court pursuant to the E-Government Act of 2002, to file an unredacted documents under seal herein, more specifically **Exhibit 1 (and all Exhibits 1-22)** to *MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS*, offered in support of the Respondent's Motion to Dismiss, and having lodged the same with the Clerk of this Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that **Exhibit 1 (and all Exhibits 1-22)**, filed in support of the Respondent's Motion to Dismiss as set forth and identified in the Respondent's Motion and currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

**DATE**: 12-15-2010

                                                         **UNITED STATES MAGISTRATE JUDGE**